IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02612-AP

PHILLIP VIGIL,
   Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

   Defendant,

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.** **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| **For Plaintiff**: | **For Defendant:** |
|---|---|
| Michael W. Seckar, Esq. | JOHN F. WALSH |
| 402 W. 12th Street | United States Attorney |
| Pueblo, CO 81003 | |
| 719-543-8636 | KEVIN T. TRASKOS |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | |
| | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| | |
| | /s/ Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed:                                             10-26-10
    B.  Date Complaint Was Served on U.S. Attorney's Office:   12-17-10
    C.  Date Answer and Administrative Record Were Filed:       02-15-11

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, Plaintiff respectfully requests briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A.  **Plaintiff's Opening Brief Due:**       <u>**April 20, 2011.**</u>
    B.  **Defendant's Response Brief Due:**   <u>**May 20, 2011.**</u>
    C.  **Plaintiff's Reply Brief (If Any) Due:** <u>**June 4, 2011**</u>.

Counsel for both parties conferred and stipulated to this briefing schedule.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.** Plaintiff's Statement**:**
        **Plaintiff does not request oral argument.**

    **B.** Defendant's Statement:
        **Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
<u>**Indicate below the parties' consent choice**</u>**.**

    **A.** **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    **B.** **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 7th day of March, 2011.

                                      BY THE COURT:

                                      <u>*s/John L. Kane*</u>
                                      U.S. DISTRICT COURT JUDGE

**APPROVED:**

<table>
<tr><td><b><u>For Plaintiff</u></b>:</td><td><b><u>For Defendant:</u></b></td></tr>
<tr><td>

**Michael W. Seckar**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

</td><td>

JOHN F. WALSH
United States Attorney

KEVIN T. TRASKOS
Assistant United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney

**/s/ Stephanie Lynn F. Kiley**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
(303) 844-0815
stephanie.kiley@ssa.gov

</td></tr>
</table>

4